## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                          Case No:09-43998-RFN

   **WILLIE MARIE ANDERSON WALKER**

   **Debtor**                                                          **Judge Russell F Nelms**

---

### TRUSTEE'S 15 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE
### FOR DISMISSAL PER GENERAL ORDER 2007-01

---

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2007-01.

1.   The exact dollar amount due to completely bring all payments current as of the 15th day after the date of this Notice is **$2,187.00** .

   **(MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076).**

2.   Due date is **November 14, 2009**.  Payments must be received by 4:00 p.m.

3.   If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtor/Debtor's Attorney must meet with a representative of the Trustee **between 10:30 a.m. and 12:00 p.m.**, on **November 17, 2009**, at 6851 N.E. Loop 820, Suite 220, N. Richland Hills, TX 76180-6608.

   **FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER ON DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT F NOTICE.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 15 Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the date the instrument was filed electronically.  Service was accomplished electronically on Debtor's attorney and all parties who filed a notice of appearance consenting to electronic service, and by first class mail on the Debtor.

                                                         /s/ Tim Truman
                                                         Tim Truman, Trustee/State Bar# 20258000

Debtor:                                                 Debtor's Attorney:

**WILLIE MARIE ANDERSON WALKER**            **ALLMAND AND LEE PLLC**
**3920 Golden Horn Ln**                         **8701 BEDFORD EULESS RD STE 510**
**Fort Worth, TX 76123**                        **HURST, TX 76053**